The Court has been notified by the parties in their Joint Status Report that this matter has settled.  Therefore, the case is dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED.
s/Pamela A. Barker
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSIE WHITE, et al., | : | |
| Plaintiffs, | : | CASE NO. 1:20-CV-00166 |
| v. | : | JUDGE PAMELA A. BARKER |
| PEREGRINE EXPRESS, LLC, | : | Magistrate Judge Jonathan D. Greenberg |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Order filed on May 28, 2020, Plaintiffs Jessie White, Correy Dammons, Jordan Hogan and Ronald Jackson and Defendant Peregrine Express, LLC ("the Parties") submit the following Joint Status Report.

The matter was resolved and consideration for the resolution was sent to Plaintiffs' counsel on Friday, February 19, 2021.  The Court can remove this matter from its docket.

Respectfully submitted,

/s/ Robert B. Kapitan   (via email consent)
Robert B. Kapitan (0074327)
Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
THE LAZZARO LAW FIRM, LLC
The Heritage Building, Suite 250
34555 Chagrin Blvd.
Moreland Hills, OH  44022
Telephone: 216.696.5000
Facsimile:  216.696.7005
Email: robert@lazzarolawfirm.com
       chastity@lazzarolawfirm.com
       anthony@lazzarolawfirm.com
Attorneys for Plaintiffs
JESSIE WHITE, CORREY DAMMONS, JORDAN HOGAN AND RONALD JACKSON

/s/ Bradley A. Sherman
Bradley A. Sherman (0063906)
F. Allen Boseman, Jr. (0084103)
Ashley M. Fuchs (0097943)
SHERMAN BOSEMAN LEGAL GROUP, LLC
800 West St. Clair Avenue, 4th Floor
Cleveland, OH  44113
Telephone:  216.239.1414
Facsimile:   216.239.1316
Email:  bradley@shermanboseman.com
        allen@shermanboseman.com
        ashley@shermanboseman.com

Attorneys for Defendant
PEREGRINE EXPRESS, LLC